1  NOSSAMAN LLP
   STEPHEN P. WIMAN (SBN 54825)
2  swiman@nossaman.com
3  TERRY C. LEUIN (SBN 105968)
   tleuin@nossaman.com
4  JOHN W. KIM (SBN 216251)
5  jkim@nossaman.com
   777 S. Figueroa Street, 34th Floor
6  Los Angeles, California  90017
7  Telephone:  213.612.7800
   Facsimile:  213.612.7801
8
   Attorneys for Plaintiff FEDERAL
9  DEPOSIT INSURANCE CORPORATION,
   as Receiver for INDYMAC BANK, F.S.B.
10                                                                                  JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC BANK, F.S.B.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL PERRY,<br><br>Defendant. | Case No.:  CV 11-5561 ODW- (MRWx)<br><br>(Hon. Otis D. Wright, II, Courtroom 11)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The court, having read the stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss the entirety of this action with prejudice with each party

1  bearing its or his own attorney's fees and costs,

2  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the entire above-
3  captioned action is hereby dismissed with prejudice and that the parties shall bear their
4  own attorney's fees and costs incurred in this action.

Dated:  December 17, 2012

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE